| | |
|---|---|
| 1 | MATTHEW T. FOLEY, Esq. #023212 |
| | LAW OFFICES OF MATTHEW FOLEY, PLC |
| 2 | 4400 E. Broadway, Suite 811 |
| | Tucson, AZ 85711 |
| 3 | *Telephone*: (520) 840-7408 |
| 4 | *Fax*: (888) 329-4606 |
| | *Email*: Matt@FoleyPLC.com |
| 5 | Attorney for Debtor. |

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>HEATHER JACQUELINE MAY<br>XXX-XX-0050<br><br>9555 E. Shiloh St., Apt #8204<br>Tucson, AZ 85748<br><br>Debtors. | Chapter 7 Proceedings<br><br>Case No: 4:13-bk-04849-BMW<br><br>AMENDMENT TO SCHEDULE F |

DEBTOR, by and through counsel undersigned, hereby amend the Schedule F as follows:

**ADD: Katrina & Ryan McLendon**
**331 Baskins Rd.,**
**Lakeland GA 31635**
**Account No.: n/a**
**Amount: $1,500.00**

This amendment is pursuant to the Federal Rules of Bankruptcy Procedure 1009.

Dated: July 17, 2013                Law Offices of Matthew Foley, PLC


By: /s/ MTF, (023212)
MATTHEW T. FOLEY, Esq. #023212
*Attorney for Debtors*

The Debtors affirm under penalty of perjury that this Amendment is true and correct to the best of their knowledge, information, and belief.

Dated: 07/17/2013                /s/Heather J. May
                                Debtor

Copy of the foregoing electronically mailed July 17, 2013 to the parties listed below:

Gayle Eskey Mills, PO Box 36317, Tucson AZ 85740
Office of the U.S. Trustee, 230 N. 1st Ave. Ste. #204, Phoenix, AZ 85003-1725


By: /s/ VAL
 Veronica A. Landin, Paralegal

Case 4:13-bk-04849-BMW    Doc 25    Filed 07/17/13    Entered 07/17/13 14:55:06    Desc
Main Document    Page 2 of 2